UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | |
| THOMAS EDWARD COMMERFORD | ) | Case No. B-14-50218   C-13W |
| JEAN LAKE COMMERFORD, | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |

## MOTION TO CONVERT CHAPTER 13 CASE TO A CHAPTER 7 CASE

Now comes Kathryn L. Bringle, Trustee in this Chapter 13 case, through Counsel, who respectfully moves the Court for an Order converting this case to a Chapter 7 case, and in support thereof shows the Court as follows:

1. The Debtors have defaulted in payments under the terms of the Plan.

2. There is sufficient equity in the estate to allow unsecured creditors to receive a dividend if the case is converted to Chapter 7.

3. The Trustee is of the belief the case should be converted to a case under Chapter 7 of the Bankruptcy Code.

WHEREFORE, the Trustee requests that this Chapter 13 case be converted to a case under Chapter 7 of the Bankruptcy Code.

Date:  November 8, 2016                                  s/ Vernon J. Cahoon
KLB/VJC/ae                                                       Chapter 13 Staff Attorney

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | | |
| THOMAS EDWARD COMMERFORD | ) | Case No. B-14-50218 | C-13W |
| JEAN LAKE COMMERFORD, | ) | | |
| Debtors. | ) | | |
| | ) | | |

CERTIFICATE OF SERVICE

      THIS IS TO CERTIFY that the attached Motion was served on the following parties by mailing a copy of the same by first-class postage pre-paid mail addressed as follows:

THOMAS EDWARD COMMERFORD
JEAN COMMERFORD
605 CHINA GROVE RD.
KANNAPOLIS, NC 28083

KRISTEN S NARDONE
P O BOX 1394
CONCORD, NC 28026-1394

LYNALISE K TANNERY
ATTY FOR CALIBER HOME LOANS INC
P O BOX 9013
ADDISON, TX 75001

MATTHEW T MCKEE
ATTY FOR US BANK TRUST NA AS TRUSTEE
FOR LSF8 MASTER PARTICIPATION TRUST BY CALIBER
2550 W TYVOLA RD STE 520
CHARLOTTE, NC 28217

MELANIE D JOHNSON RAUBACH
ATTY FOR CITY OF KANNAPOLIS
HAMILTON STEPHENS STEEL MARTIN PLLC
201 SOUTH COLLEGE STREET STE 2020
CHARLOTTE, NC 28244

STEVEN BLALOCK
COUNSEL FOR UWHARRIE BANK
219 WEST MAIN STREET
ALBEMARLE, NC 28001-4816

KANNAPOLIS LAND INC
PHILLIP R. HUGHES, PRESIDENT
PO BOX 1177
GREENVILLE, SC 29602

ROBERT E PRICE, JR
ASSISTANT BANKRUPTCY ADMINISTRATOR
MIDDLE DISTRICT OF NORTH CAROLINA
101 S. EDGEWORTH STREET
GREENSBORO, NC 27401


Date: November 8, 2016                                    s/ Vernon J. Cahoon
KLB/VJC/ae                                                Chapter 13 Staff Attorney